UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :         CHAPTER   13

MELODY S. POVLOW                  :         BANKRUPTCY NO. 17-16910

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

JASON POVLOW has filed a motion with the court for Relief from the Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 14, 2017, you or your attorney must do all of the following:

    (a) file an answer explaining your position at:
    United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

If you mail your answer to the bankruptcy clerk's off ice for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:
    Paul Brownstein, Esquire
    702 Lakeside Park
    Southampton, PA 18966-4020
    215-364-1550-Voice     215-364-9636 Fax

2. If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on December 19, 2017, at 11:00 a.m. in Courtroom No. 5,

United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Second Floor, Philadelphia, PA 19107.

    4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named on paragraph 1(b).

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

11/2/17
Date

Paul Brownstein, Esquire
Attorney for Movant
paul@lowerbucks.lawyer