**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 3785497
Check Date 10/13/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**
Melody S. Povlow
3110 Friendship Street
Philadelphia, PA 19149
US

Net Pay  1219.29

**NON-NEGOTIABLE**

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melody S. Povlow | | XXXXXXXZZZPAZZZZZZAZZA | | | 10/07/2017 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.25 | 2062.53 | 42904.45 |
| Total Deductions | | 843.15 | 16550.74 |
| Total Net | | 1219.29 | 26352.94 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Revenue Cycle NonExempt | | | | 600.00 |
| Imputed Income | | 0.09 | 0.09 | 0.77 |
| Legal Holiday | | | | 1008.40 |
| Overtime 1.5x FLSA | 0.25 | 25.66 | 9.63 | 9.85 |
| Personal Holiday PAH/HM | 6.75 | 25.66 | 173.21 | 861.99 |
| Regular Pay | 73.25 | 25.66 | 1879.60 | 34106.87 |
| Sick Pay | | | | 3568.36 |
| Vacation Pay | | | | 2748.21 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| *DC EE A Vanguard | 25.00 | 525.00 |
| Penn's Way-Ctr Rspbl Fnd(Odd) | | 5.00 |
| Penn's Way-Penn Devlpmnt(Odd) | | 5.00 |
| Employee Spending Deduction | 18.10 | 383.61 |
| Tuitn Reimb Undrgrd Paybck PAH | | 327.00 |
| *Penn Care | 119.74 | 2434.18 |
| *Delta Dental | 15.01 | 282.17 |
| *Davis Prem Vision | 3.50 | 73.50 |
| *Health Care Flex - Odd | | 749.97 |

| | | |
|---|---:|---:|
| Supplemental Life Insurance | 5.74 | 95.76 |
| Dependent Life Ins - Spouse | 1.24 | 26.04 |
| Dependent Life Ins - Children | 0.92 | 19.32 |
| *Accidental Death &Dismembrmnt | 2.11 | 43.33 |
| Short Term Disability Post Tax | 11.87 | 244.37 |
| SOCIAL SECURITY TAX - Employee | 113.14 | 2366.89 |
| FEDERAL INCOME TAX | 263.92 | 4373.75 |
| PHILADELPHIA TAX | 80.25 | 1671.80 |
| MEDICARE TAX EE PAID | 26.46 | 553.55 |
| PENNSYLVANIA STATE TAX | 57.24 | 1194.74 |
| PA Unemployment EE | 1.44 | 30.03 |
| *PAH Remote Parking | 39.78 | 741.90 |
| *Health Care Flex - Even | 57.69 | 403.83 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4829 | xxxxxxxxxxxxx6428 | U OF P FEDERAL CR UNION | 200.00 |
| xxxxx4285 | xxxxxxxxxxxxx0301 | PHILA POLICE & FIRE FED CU | 604.29 |
| xxxxx1116 | xxxxxxxxxxxxx3759 | PENNSYLVANIA STATE EMPLOYEES C | 415.00 |

**UPHS**
3400 Spruce Street
Philadelphia, PA 19104 United States of America

Number 3764190
Check Date 09/29/2017

*VOID VOID VOID VOID VOID VOID VOID VOID*

**Pay to the order of**
Melody S. Povlow
3110 Friendship Street
Philadelphia, PA 19149
US

Net Pay 1210.84

**NON-NEGOTIABLE**

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| Melody S. Povlow | | ZZZZZZZ XXXXXXX | PAH | XXXXXXX XXXXXXXXXXXX | 09/23/2017 |

**Summary**

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | 80.00 | 2052.89 | 40841.92 |
| Total Deductions | | 841.96 | 15707.59 |
| Total Net | | 1210.84 | 25133.65 |

**Earnings**

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Revenue Cycle NonExempt | | | | 600.00 |
| Imputed Income | | 0.09 | 0.09 | 0.68 |
| Legal Holiday | | | | 1008.40 |
| Overtime 1.5x FLSA | | | | 0.22 |
| Personal Holiday PAH/HM | 2.00 | 25.66 | 51.32 | 688.78 |
| Regular Pay | 78.00 | 25.66 | 2001.48 | 32227.27 |
| Sick Pay | | | | 3568.36 |
| Vacation Pay | | | | 2748.21 |

**Deductions**

| Description | Current | Year to Date |
|---|---|---|
| *DC EE A Vanguard | 25.00 | 500.00 |
| Penn's Way-Ctr Rspbl Fnd(Odd) | | 5.00 |
| Penn's Way-Penn Devlpmnt(Odd) | | 5.00 |
| Employee Spending Deduction | 20.75 | 365.51 |
| Tuitn Reimb Undrgrd Paybck PAH | | 327.00 |
| *Penn Care | 119.74 | 2314.44 |
| *Delta Dental | 15.01 | 267.16 |
| *Davis Prem Vision | 3.50 | 70.00 |
| *Health Care Flex - Odd | | 749.97 |

| | | |
|---:|---:|---:|
| Supplemental Life Insurance | 5.74 | 90.02 |
| Dependent Life Ins - Spouse | 1.24 | 24.80 |
| Dependent Life Ins - Children | 0.92 | 18.40 |
| *Accidental Death &Dismembrmnt | 2.11 | 41.22 |
| Short Term Disability Post Tax | 11.87 | 232.50 |
| SOCIAL SECURITY TAX - Employee | 112.53 | 2253.75 |
| FEDERAL INCOME TAX | 261.51 | 4109.83 |
| PHILADELPHIA TAX | 79.87 | 1591.55 |
| MEDICARE TAX EE PAID | 26.32 | 527.09 |
| PENNSYLVANIA STATE TAX | 56.94 | 1137.50 |
| PA Unemployment EE | 1.44 | 28.59 |
| *PAH Remote Parking | 39.78 | 702.12 |
| *Health Care Flex - Even | 57.69 | 346.14 |

**Auto Deposit Distributions**

| Routing | Account | Description | Amount |
|---|---|---|---:|
| xxxxx4829 | xxxxxxxxxxxxx6428 | U OF P FEDERAL CR UNION | 200.00 |
| xxxxx4285 | xxxxxxxxxxxxx0301 | PHILA POLICE & FIRE FED CU | 990.84 |
| xxxxx1116 | xxxxxxxxxxxxx3759 | PENNSYLVANIA STATE EMPLOYEES C | 20.00 |

| Melody Povlow<br>3110 FRIENDSHIP ST<br>PHILADELPHIA, PA  191491520 | | | ARIA HEALTH<br>10800 KNIGHTS RD<br>PHILADELPHIA, PA 19114 | | CHECK NO:<br>PAGE NUMBER:<br>CHECK DATE:<br>PERIOD BEG/END:<br>PAY FREQUENCY: | 00144258<br>1 OF 1<br>10/20/17<br>10/01/17-10/14/17<br>BIWEEKLY |
|---|---|---|---|---|---|---|
| ID NUMBER XXX XX XXXX<br>BASE RATE:    16.13 | | | STATUS EXEMPT  TAX ADJUSTMENTS<br>FED: Single 00      FED: 0<br>ST1: Married 00   ST1: 0<br>ST2: Single 00 | | STATE AND LOCAL CODES<br>PRI:  PA<br>SEC:  PA | |

**IMPORTANT MESSAGE**

### HOURS AND EARNINGS

| DESCRIPTION | RATE | HOURS | EARNINGS |
|---|---|---|---|
| WE NIGHT | 16.25 | | 286.49 |
| WD NIGHT | 16.00 | | 278.08 |
| TOTAL CURRENT HOURS/EARNINGS | | 32.25 | 564.57 |
| YEAR-TO-DATE EARNINGS | | | |
| WE NIGHT | | 274.75 | 4825.45 |
| WD NIGHT | | 265.00 | 4585.02 |
| HW NE6 | | 16.75 | 438.76 |
| PTO | | 29.25 | 505.81 |
| HOLWORKED WD NIGHT | | 8.00 | 208.88 |
| WD EVE | | 0.50 | 8.44 |
| TOTAL YEAR-TO-DATE HOURS/EARNINGS | | 594.25 | 10572.36 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| LST | 1.15 | 21.85 |
| UNEMP | 0.39 | 7.40 |
| SO SEC TAX | 35.01 | 655.49 |
| FWT | 53.48 | 822.49 |
| MEDICARE TAX | 8.19 | 153.30 |
| PRI-STATE TAX | 17.33 | 324.57 |
| PRI-LOCAL TAX | 21.97 | 411.93 |
| TOTAL TAXES | 137.52 | 2397.03 |

#### AFTER-TAX DEDUCTIONS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| ADD CHIL | | 1.22 |
| SUPP ADD | | 4.95 |
| ADD SPOU | | 8.14 |
| CIG DEP | | 12.22 |
| STD | | 24.64 |
| TOTAL DEDS | 0.00 | 51.17 |

#### PRE-TAX ITEMS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| TOTAL PRE-TAX | 0.00 | 0.00 |

### SPECIAL INFORMATION

| DESCRIPTION | | AMOUNT |
|---|---|---|
| PTO ACC CUR | | 1.73 |
| PTO ACC YTD | | 30.96 |
| PTO BALANCE | | 17.04 |

#### REIMBURSEMENTS

| DESCRIPTION | CUR AMT | YTD AMT |
|---|---|---|
| TOTAL REIMB | 0.00 | 0.00 |

#### CURRENT NET PAY DISTRIBUTION

| | | |
|---|---|---|
| DIRDEP1 | xxxxxx3010 | 407.05 |
| Checking | xxxxxx3759 | 20.00 |
| CHECK AMOUNT | | .00 |
| TOTAL CUR NET PAY | | 427.05 |

| | GROSS | EARNS FRM DED | TAXABLE WAGES | LESS TAXES | LESS DEDS | EQ NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 564.57 | 0.00 | 564.57 | 137.52 | 0.00 | 427.05 |
| YTD | 10572.36 | 0.00 | 10572.36 | 2397.03 | 51.17 | 8124.16 |

ARIA HEALTH
10800 KNIGHTS RD
PHILADELPHIA, PA 19114

Advice No.  00144258
Date  10/20/2017

TO THE ORDER OF
Melody Povlow
3110 FRIENDSHIP ST
PHILADELPHIA, PA  191491520

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**