**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MELODY POVLOW | : | CHAPTER 13 |
| Debtor | : | NO. 17-16910 |

### ORDER MODIFYING AUTOMATIC STAY

AND NOW, this _____ day of December 2017, upon consideration of the Motion by Jason Povlow for Relief from the Stay and upon Agreement by the Parties, it is hereby ORDERED that the Motion is Granted in Part. Movant, Jason Povlow, shall be allowed to proceed with the divorce case in the Court of Common Pleas of Bucks County, Docket #2016-62341, and to establish the Parties rights under Equitable Distribution.

It is further Ordered that if Debtor fails to pay the Mortgage Obligation, as agreed, within thirty (30) days when due, Jason Povlow may certify the default in this Court and submit a Proposed Order to allow him to seek appropriate relief in the divorce action.

BY THE COURT:

**Date: December 22, 2017**

_____
Ashely M. Chan
U.S. Bankruptcy Judge