United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16910-amc
Melody S. Povlow                                                      Chapter 13
Jason Povlow
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 1              Date Rcvd: Dec 22, 2017
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db            +Melody S. Povlow,    3110 Frienship Street,    Philadelphia, PA 19149-1520
jdb          #+Jason Povlow,    289 High Road,    Apt B-1,    Andulsia, PA 19020-7799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
              JAMES P. MCGARRITY     on behalf of Debtor Melody S. Povlow mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              LAWRENCE W. ABEL    on behalf of Joint Debtor Jason  Povlow abel@avallonelaw.com,
               mteran@avallonelaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MELODY POVLOW | : | CHAPTER 13 |
| Debtor | : | NO. 17-16910 |

### ORDER MODIFYING AUTOMATIC STAY

AND NOW, this ____ day of December 2017, upon consideration of the Motion by Jason Povlow for Relief from the Stay and upon Agreement by the Parties, it is hereby ORDERED that the Motion is Granted in Part. Movant, Jason Povlow, shall be allowed to proceed with the divorce case in the Court of Common Pleas of Bucks County, Docket #2016-62341, and to establish the Parties rights under Equitable Distribution.

It is further Ordered that if Debtor fails to pay the Mortgage Obligation, as agreed, within thirty (30) days when due, Jason Povlow may certify the default in this Court and submit a Proposed Order to allow him to seek appropriate relief in the divorce action.

**Date: December 22, 2017**

BY THE COURT:

_____
Ashely M. Chan
U.S. Bankruptcy Judge