# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-16910-AMC

MELODY S POVLOW

3110 FRIENDSHIP STREET

PHILADELPHIA, PA 19149

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MELODY S POVLOW

    3110 FRIENDSHIP STREET

    PHILADELPHIA, PA 19149

Counsel for debtor(s), by electronic notice only.

    JAMES P. MCGARRITY Esq.
    1500  JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

Date: 12/27/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee