**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re: Melody Povlow**                                                    **17- 16910**

**Debtor**

### ELECTION BY DEBTOR TO CONVERT TO CHAPTER 7

    Debtor   Melody Povlow, hereby elects to convert the above captioned  Chapter 13 case to a case under chapter 7 of title 11. Debtor is eligible to be a Debtor under chapter 7 of said title, and desires to convert this case  to a case under that Chapter.

    I certify that this case was not previously converted from a case under any chapter of title 11, United States Code.

Dated: January 10, 2017

                                                     /s/ James McGarrity
                                                   James P. McGarrity
                                                   Counsel for Debtor