United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-16910-amc
Melody S. Povlow                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2           Date Rcvd: Jan 16, 2018
                              Form ID: 309A           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
```
db         +Melody S. Povlow,   3110 Frienship Street,   Philadelphia, PA 19149-1520
tr          GARY F. SEITZ,    Gellert Scali Busenkell & Brown LLC,   The Curtis Center,   601 Walnut Street,
              Suite 750 West,   Philadelphia, PA  19106
13996789   +Cozen O'Connor,   1650 Market Street,   Suite 2800,   Philadelphia, PA 19103-7325
13996791   +Georgeanna Fannin,   1510 Hilltop Rd,   Xenia, OH 45385-8568
13996793   +James McGarrity,   1500 J F Kennedy Blvd,   Suite 405,   Philadelphia, PA 19102-1713
13996795    LVNV,   PO BOX,   Greenville, SC 29603
13996798   +PECO,   2300 Market Street,   Philadelphia, PA 19103-3008
14033359   +Sandra Bloch, Esquire,   Cozen O,   One Liberty Place, Suite 2800,   1650 Market Street,
              Philadelphia, PA 19103-7301
13996799   +Select Portfolio Servicing,   3815 South West Temple,   Suite 2000,
              Salt Lake City, UT 84115-4412
14013638   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mcgarritylaw@gmail.com Jan 17 2018 01:41:07     JAMES P. MCGARRITY,
              James P. McGarrity,    Suite 405,   1500 John F. Kennedy Boulevard,   Philadelphia, PA  19102
smg         E-mail/Text: bankruptcy@phila.gov Jan 17 2018 01:41:39     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2018 01:41:16     Pennsylvania Department of Revenue,
              Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2018 01:41:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 17 2018 01:41:29     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14036125    EDI: PHINAMERI.COM Jan 17 2018 01:33:00     AmeriCredit Financial Services, Inc.,
              dba GM Financial,   P O Box 183853,   Arlington, TX 76096
13996787   +EDI: CAPITALONE.COM Jan 17 2018 01:38:00     Capital One Bank,   Po Box 30285,
              Salt Lake City, UT 84130-0285
13996788   +EDI: WFNNB.COM Jan 17 2018 01:38:00     Comenity Bank Victoria Secret,   Box 182789,
              Columbus, OH 43218-2789
13996790   +EDI: RCSFNBMARIN.COM Jan 17 2018 01:33:00     Credit One Bank,   Po Box 98873,
              Las Vegas, NV 89193-8873
13996792   +EDI: PHINAMERI.COM Jan 17 2018 01:33:00     GM FINANCIAL,   Box 181145,
              Arlington, TX 76096-1145
13996794   +EDI: RESURGENT.COM Jan 17 2018 01:38:00     LVNV,   Box 10497,   Greenville, SC 29603-0497
13996796   +EDI: TSYS2.COM Jan 17 2018 01:33:00     Macys,   Box 8218,   Mason, OH 45040-8218
13996797   +EDI: AGFINANCE.COM Jan 17 2018 01:33:00     ONE MAIN,   Box 1010,   Evansville, IN 47708-1464
13996800   +EDI: TFSR.COM Jan 17 2018 01:33:00     Toyota Motor Credit Corp,   240 Gibralter Rd,
              Suite 260,   Horsham, PA 19044-2387
13996801    E-mail/Text: james.feighan@phila.gov Jan 17 2018 01:41:55     Water Revenue Bureau,
              MSB Concourse Level,    1401 JFK  BLVD,   Philadelphia, PA 19102-1663
                                                                                             TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Lisa                  Page 2 of 2                   Date Rcvd: Jan 16, 2018
                               Form ID: 309A               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
    GARY F. SEITZ    gseitz@gsbblaw.com,    gfs@trustesolutions.net;hsmith@gsbblaw.com
    JAMES P. MCGARRITY    on behalf of Debtor Melody S. Povlow mcgarritylaw@gmail.com,
     mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
    LAWRENCE W. ABEL    on behalf of Interested Party Jason  Povlow abel@avallonelaw.com,
     mteran@avallonelaw.com
    MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
     bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                     TOTAL: 6

Case 17-16910-amc    Doc 37    Filed 01/18/18    Entered 01/19/18 01:11:03    Desc Imaged
Certificate of Notice    Page 2 of 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Melody S. Povlow** | Social Security number or ITIN | **xxx–xx–6428** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **10/11/17** |
| Case number: | **17–16910–amc** | Date case converted to chapter **7** | **1/11/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Melody S. Povlow | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3110 Frienship Street<br>Philadelphia, PA 19149 | |
| 4. | **Debtor's attorney**<br>Name and address | JAMES P. MCGARRITY<br>James P. McGarrity<br>Suite 405<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102 | Contact phone (215) 564–1951<br>Email: mcgarritylaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>The Curtis Center<br>601 Walnut Street<br>Suite 750 West<br>Philadelphia, PA 19106 | Contact phone 215–238–0011<br>Email: gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. | **Bankruptcy clerk's office** | 900 Market Street Suite 400 Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.</u> |
| --- | --- | --- | --- |
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone (215)408–2800 Date: 1/16/18 |
| 7. | **Meeting of creditors** | **February 20, 2018 at 11:30 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 4/21/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |