*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melody S. Povlow
    Debtor(s)

Case No: 17–16910–amc

Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay Second & Final Installment in the total amount of $210.00 (under chapter 13)

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 2/5/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 22, 2018

38
Form 175