United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-16910-amc
Melody S. Povlow                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: jch   Page 1 of 1   Date Rcvd: Jan 22, 2018
                     Form ID: 175   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2018.
db         +Melody S. Povlow,   3110 Frienship Street,   Philadelphia, PA 19149-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:
        GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
        JAMES P. MCGARRITY    on behalf of Debtor Melody S. Povlow mcgarritylaw@gmail.com,
         mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
        LAWRENCE W. ABEL    on behalf of Interested Party Jason  Povlow abel@avallonelaw.com,
         mteran@avallonelaw.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Melody S. Povlow
    Debtor(s)

Case No: 17–16910–amc
Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed for Failure to Pay Second & Final Installment in the total amount of $210.00 (under chapter 13)

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 2/5/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 22, 2018

38
Form 175