UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                              Bankr. Case No. 17-16910-AMC-13

Melody Povlow                                                                              Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on December 5, 2017 :

| | |
|---|---|
| JAMES P. MCGARRITY<br>Suite 405<br>1500 John F. Kennedy Boulevard<br>Philadelphia, PA 19102 | William Miller<br>583 Bourse Building<br>111 So. Independence<br>Philadelphia, PA 19106 |

By  /s/ Mandy Youngblood
Mandy Youngblood

xxxxx78327 / 940193